JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

FRANCO L. BECIA, WSBA 26823
Special Assistant United States Attorney
Office of the General Counsel
Office of Program Litigation, Office 7
Social Security Administration
6401 SECURITY BLVD
BALTIMORE, MD 21235-6401
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENN AJ JACOBS,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 3:24-cv-00436-CLB<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

    The parties, through their respective counsel, hereby stipulate and agree that the above-captioned case be reversed and remanded to the Commissioner of Social Security for a hearing before an Administrative Law Judge (ALJ) and a new decision in regard to Plaintiff's applications for disability benefits. On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a hearing, re-evaluate Plaintiff's ability to perform other work at step five, to

include obtaining vocational expert evidence as necessary, while resolving any inconsistencies between the VE testimony, the DOT, and the RFC, and issue a new decision.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and that Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED this 25th day of November 2024.

                                                Respectfully submitted,

                                                JASON M. FRIERSON
                                                United States Attorney

                                                MATHEW W. PILE
                                                Associate General Counsel
                                                Office of Program Litigation, Office 7
                                                Social Security Administration

                                                s/ *Franco L. Becia*
                                                FRANCO L. BECIA
                                                Special Assistant United States Attorney
                                                Office of the General Counsel
                                                Office of Program Litigation, Office 7
                                                Social Security Administration
                                                6401 SECURITY BLVD
                                                BALTIMORE, MD 21235-6401
                                                Telephone: (206) 615-2114
                                                Fax: (206) 615-2531
                                                Franco.L.Becia@ssa.gov

///

///

///

DATED this 25th day of November 2024.

        s/ *Franco L. Becia* For
        MARC V. KALAGIAN
        Attorney for Plaintiff
        (PER EMAIL AUTHORIZATION)

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 26, 2024

3

## CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, MD 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing to:

**Marc V Kalagian**
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway,
Suite C115
Santa Fe Springs, CA 90670
(562) 273-3702
Fax: (562) 868-5491
Email: marc.kalagian@rksslaw.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 25th day of November 2024

/s/ *Franco L. Becia*
Franco L. Becia
Special Assistant United States Attorney